IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN WILLIAMS,

    Plaintiff,

v.                                                         CASE NO. 1:10-cv-00080-MP-AK

ALACHUA COUNTY, et al,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court upon the filing of an Amended Motion for Leave to Proceed in Forma Pauperis. (Doc. 5). Plaintiff has again submitted insufficient information for the Court to assess his request for leave to proceed IFP. Plaintiff must submit certified Inmate Account Information signed by an officer at the jail with detailed account information showing deposits as well as charges. A ruling on the pending motion for IFP will be deferred until the Prisoner Consent Form and account information is submitted.

Accordingly, it is

**ORDERED AND ADJUDGED:**

That Plaintiff shall submit the Prisoner Consent Form and inmate account information on or before June 30, 2010, or his motion will be denied.

**DONE AND ORDERED** this _15th_ day of June, 2010

                                  *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge