IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN WILLIAMS,

    Plaintiff,

v.                                                CASE NO. 1:10-cv-00080-MP-AK

ALACHUA COUNTY,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Plaintiff's Motion to Extend Time to File an Amended Motion to proceed in forma pauperis. (Doc. 13). Having considered said motion, the Court is of the opinion that it should be GRANTED, and the Clerk shall mail to Plaintiff at his new address at Madison Correctional Institution a new form motion for leave to proceed IFP which he shall complete and return with the necessary information on or before July 23, 2010.

    **DONE AND ORDERED** this _9th_ day of July, 2010

                                     *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge