IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN WILLIAMS,

    Plaintiff,

v.                                          CASE NO. 1:10-cv-00080-MP-AK

ALACHUA COUNTY, et al,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court upon Plaintiff's Motion to Extend Time to File Prisoner Consent Form and Inmate Account Information. (Doc. 15). Having considered said motion, the Court is of the opinion that it should be GRANTED, and Plaintiff shall have through August 13, 2010.

    **DONE AND ORDERED** this  *28th*   day of July, 2010

                                      *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge