IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN WILLIAMS,

    Plaintiff,

v.                                        CASE NO. 1:10-cv-00080-MP -GRJ

ALACHUA COUNTY DETENTION CENTER,
SADIE DARNELL,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as frivolous. The time for filing objections has passed, and none have been filed. The Court agrees that Plaintiff has not specified a particular legal proceeding to which he was allegedly denied access. Accordingly, his constitutional claim of denial of access to Court fails. It is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The complaint is **DISMISSED** for failure to state a claim for relief and as frivolous .

**DONE AND ORDERED** this  *3rd*  day of January, 2011

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge